# EXHIBIT A

⁑ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
DOUGHERTY COUNTY, GEORGIA

**SUCV2024000041**
1197
FEB 16, 2024 10:10 AM

Evonne S. Mull, Clerk
Dougherty County, Georgia

**IN THE SUPERIOR COURT OF DOUGHERTY COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| MICHELLE RENEE WENTWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | SUCV2024000041 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DOREL HOME FURNISHINGS, INC., | ) | |
| a Georgia corporation; COSCO, INC., | ) | |
| an Indiana Corporation; DOREL | ) | |
| JUVENILE GROUP, INC., a Massachusetts | ) | |
| corporation; LOWE'S HOME CENTERS, LLC | ) | |
| (NC), a North Carolina limited liability company; | ) | |
| LOWE'S HOME IMPROVEMENT, LLC; a | ) | |
| North Carolina limited liability company; | ) | |
| LOWE'S HOME SOLUTIONS, LLC; a Georgia | ) | |
| limited liability company; LOWE'S, a | ) | |
| corporation; LOWE'S, a limited liability | ) | |
| company; LOWE'S, partnership; and, LOWE'S, | ) | |
| a trust, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER DROPPING PARTY DEFENDANTS

This matter coming before the Court on the Plaintiff Michelle Renee Wentworth (the "Plaintiff") and Defendants, Dorel Home Furnishing, Inc., Dorel Juvenile Group, Inc., Cosco, Inc., Lowe's Home Centers, LLC (NC), Lowe's Home Improvement, LLC, Lowe's Home Solutions, LLC, Lowe's, a corporation, Lowe's, a limited liability company, Lowe's, a partnership, and Lowe's, a trust, (collectively, "Defendants"), Joint Motion to Drop Party Defendants, and the Court having considered the Joint Motion and legal authority, and the parties having consented to the relief herein, and for good cause shown, it is

HEREBY ORDERED AND ADJUDGED that the Joint Motion to Drop Party Defendants is GRANTED.  Defendants Dorel Juvenile Group, Inc., Cosco, Inc., Lowe's Home Improvement, LLC, Lowe's Home Solutions, LLC, Lowe's, a corporation, Lowe's, a limited liability company, Lowe's, a partnership, and Lowe's, a trust, are hereby dismissed from this action *without prejudice*, and they

- 5 -

shall no longer be listed as party defendants in this action.  If the dismissed entities are not brought back into the case before the close of discovery, the dismissal without prejudice operates as a dismissal with prejudice with respect to the dismissed entities without further action by the Court or the parties. Defendants Dorel Home Furnishing, Inc. and Lowe's Home Centers, LLC are to remain in the case, and the Clerk is instructed to conform the style of this case to reflect the same.

It is SO ORDERED this __16th__ day of _____February_____, 2024.

_Denise Marshall_____

Judge, Superior Court of Dougherty County

*Order prepared by:*

VERNIS & BOWLING OF ATLANTA, LLC

By: */s/ Cody M. McCollum*_____
    Cody M. McCollum
    Georgia Bar No. 119746
    *Attorney for Defendant*

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
Telephone:      (404) 846-2001
Facsimile:      (404) 846-2002